UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL MARTIN,

    Plaintiff,

v.

NICK REYNA,

    Defendant.

No. 1:23-CV-168-H-BU

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the defendant's motion to dismiss (Dkt. No. 27) be granted and the plaintiff's motion for summary judgment (Dkt. No. 42) be denied as moot. Dkt. No. 46. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The defendant's motion to dismiss (Dkt. No. 27) is granted. The plaintiff's claims against the defendant are dismissed for failure to state a claim upon which relief may be granted. Accordingly, the plaintiff's motion for summary judgment (Dkt. No. 42) is denied as moot.

So ordered on May 21, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE