UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL MARTIN,

    Plaintiff,

v.

NICK REYNA,

    Defendant.

No. 1:23-CV-168-H-BU

# FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 47, it is hereby ORDERED, ADJUDGED, and DECREED that:

    The plaintiff's claims against the defendant are dismissed.

    The Clerk of Court is directed to close the case.

    So ordered on May 21, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE